AO 442 (Rev. 11/11) Arrest Warrant

 ATF DEA

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:44 am, Oct 21, 2019
JEFFREY P. COLWELL, CLERK

United States of America
v.
**CRISTIAN TERRONES-VITAL**
DOB: ▮▮ 1993

)
)
)
)
)
)
)

COLORADO CASE # 19-MJ-00239-SKC
Case No. 16-CR-74-DCR

RECEIVED
US MARSHALS E/KY
2016 SEP -1 PH 3:09

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CRISTIAN TERRONES-VITAL**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:846 CONSPIRACY TO DISTRIBUTE COCAINE
18:1956(h) CONSPIRACY TO MONEY LAUNDERING

Date: 09/01/2016

Robert R. Carr, Clerk of Court
*Issuing officer's signature*

City and state: Lexington, KY

Laura Capezzuto, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

UNDER SEAL

Eastern District of Kentucky
**FILED**
SEP - 1 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 5:16-CR-74-DCR

ERIK ORLANDO SALAZAR-RODRIGUEZ,
    aka ERIK SALAZAR,
RAMIRO SALAZAR,
JOSE RICARDO SALAZAR-LUCIO,
    aka RICHIE SALAZAR, and
CRISTIAN TERRONES-VITAL

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

Beginning in or about 2013, the exact date unknown, and continuing through on or about April 7, 2016, in Fayette, Scott, and Woodford Counties, in the Eastern District of Kentucky, and elsewhere,

ERIK ORLANDO SALAZAR-RODRIGUEZ,
aka ERIK SALAZAR,
RAMIRO SALAZAR, and
CRISTIAN TERRONES-VITAL

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 18 U.S.C. § 1956(h)

Beginning in or about July 2015, the exact date unknown, and continuing through April 7, 2016, in Fayette, Scott, and Woodford Counties, in the Eastern District of Kentucky, and elsewhere,

**ERIK ORLANDO SALAZAR-RODRIGUEZ,
aka ERIK SALAZAR,
RAMIRO SALAZAR,
JOSE RICARDO SALAZAR-LUCIO,
aka RICHIE SALAZAR,
CRISTIAN TERRONES-VITAL,**

and others, knowing that the property involved in financial transactions affecting interstate commerce represented the proceeds of some form of unlawful activity, did conspire to conduct such financial transactions, which, in fact, involved proceeds of specified unlawful activity, that is, the distribution of controlled substances in Kentucky and elsewhere, with the intent to promote the carrying on of such specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), and all in violation of 18 U.S.C. § 1956(h).

## COUNT 3
## 18 U.S.C. § 922(g)(5)(A)

On or about April 7, 2016, in Woodford County, in the Eastern District of Kentucky,

**ERIK ORLANDO SALAZAR-RODRIGUEZ,
aka ERIK SALAZAR,**

an alien illegally or unlawfully in the United States, did knowingly possess in and affecting commerce the following firearms:

    a.    a Keltec, Model P3AT, .380 caliber semiautomatic pistol;

    b.    a Beretta, Model PX4 Storm, 9 millimeter caliber semiautomatic pistol; and

    c.    a Smith & Wesson, Model M&P40, .40 cailber semiautomatic pistol,

all in violation of 18 U.S.C. § 922(g)(5)(A).

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**
**18 U.S.C. § 982(a)(1)**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461(c)**

    1.    The above allegations are incorporated herein for the purpose of alleging forfeiture:

    2.    In committing the felony offense alleged in the Count 1 of the Indictment, the same being punishable by imprisonment for more than one year, **ERIK ORLANDO SALAZAR-RODRIGUEZ, aka ERIK SALAZAR, RAMIRO SALAZAR, JOSE RICARDO SALAZAR-LUCIO, aka RICHIE SALAZAR, and CRISTIAN TERRONES-VITAL** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), and is therefore subject to forfeiture pursuant to 21 U.S.C. § 853 including, but not limited to, the currency and firearms listed below.

    3.    In committing the offense alleged in Count 2 of the Indictment, the same being punishable by imprisonment for more than one year, **ERIK ORLANDO SALAZAR-RODRIGUEZ, aka ERIK SALAZAR, RAMIRO SALAZAR, JOSE**

**RICARDO SALAZAR-LUCIO, aka RICHIE SALAZAR, and CRISTIAN TERRONES-VITAL** shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1) any property involved in the offense or any property traceable to such property, including, but not limited to, the currency and real property listed below.

4. In committing the offense alleged in Count 3, **ERIK ORLANDO SALAZAR-RODRIGUEZ, aka ERIK SALAZAR,** shall forfeit the below listed firearms.

### CURRENCY:

    a. $121,110 in United States currency.

    b. $20,960 in United States currency.

    c. $62,110 in United States currency.

### FIREARMS AND AMMUNITION:

    a. a Keltec, Model P3AT, .380 caliber semiautomatic pistol, serial number K7025;

    b. a Beretta, Model PX4 Storm, 9 millimeter caliber semiautomatic pistol, serial number PX123189;

    c. a Smith & Wesson, Model M&P40, .40 cailber semiautomatic pistol, serial number MPT6168;

    d. 34 rounds of 9 millimeter caliber ammunition, and

    e. 10 rounds of .40 caliber ammunition.

5. If any of the property described above, as a result of any act or omission of **ERIK ORLANDO SALAZAR-RODRIGUEZ, aka ERIK SALAZAR, RAMIRO**

**SALAZAR, JOSE RICARDO SALAZAR-LUCIO, aka RICHIE SALAZAR, or CRISTIAN TERRONES-VITAL:**

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), 18 U.S.C. §924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL**

FC

*[signature]*
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and not less than 3 years supervised release.

**IF PRIOR FELONY DRUG OFFENSE:**

Not more than 30 years imprisonment, not more than a $2,000,000 fine, and not less than 6 years supervised release.

**COUNT 2:**

Not more than 20 years imprisonment, not more than $500,000 fine or twice the value of the property involved in the transaction, whichever is greater, and not more than 3 years supervised release.

**COUNT 3:**

Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.